UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOURNAL PUBLISHING COMPANY, INC. | : CIVIL ACTION NO. |
| | : 3:10CV00187 (RNC) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| THE HARTFORD COURANT COMPANY | : APRIL 7, 2010 |
| | : |
| Defendant. | : |

## MOTION FOR VOLUNTARY DISMISSAL

The plaintiff in the above-entitled matter hereby moves the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to grant this request to dismiss this action without prejudice to its refiling.

WHEREFORE, the plaintiff respectfully requests that the Court dismiss this action without prejudice, which would permit the plaintiff to refile the matter after its pending application for copyright registration is either approved or rejected by the Copyright Office.

PLAINTIFF,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Federal Bar No. ct06215

## CERTIFICATION

I hereby certify that on this 7th day of April, 2010, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____
Richard P. Weinstein